jSCH
MAD

# UNITED STATES DISCTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Raul ENRIQUEZ-Arambula, ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. '22 MJ03307 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Section 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn states:

On or about September 11, 2022, within the Southern District of California, Defendant Raul ENRIQUEZ-Arambula, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Maribel CRUZ-Angeles and Araceli ESPINOZA-Mendoza, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th of September 2022.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Maribel CRUZ-Angeles and Araceli ESPINOZA-Mendoza are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 11, 2022, at approximately 5:08 A.M., Raul ENRIQUEZ-Arambula (Defendant), a Mexican citizen, applied for admission into the United States from Mexico via the Otay Mesa, California Port of Entry Secured Electronic Network for Rapid Inspection (SENTRI) vehicle lanes. Defendant was the driver, registered owner, and sole visible occupant of a 2016 Cadillac SRX bearing Baja California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States B1/B2 Visa Border Crossing Card (BCC) as his entry document and said he was going to Santa Ana, California to play soccer. The CBP Officer conducted a visual inspection of the vehicle's rear cargo area utilizing his flashlight and noticed a dark blanket covering an object. The CBP Officer asked Defendant to open the rear hatch and discovered two females concealed under the blanket. Defendant was placed in handcuff restraints and escorted to the security office. The vehicle was driven to the secondary lot by another officer.

In secondary, responding officer assisted in removing two females from the rear cargo area of the vehicle. The females were later identified as Maribel CRUZ-Angeles (MW1) and Araceli ESPINOZA-Mendoza (MW2); both were determined to be citizens of Mexico without documents to enter, pass through or reside in the United States and were held as Material Witnesses.

At approximately 10:53 A.M, during a video-recorded interview, Defendant was advised of his Miranda rights and elected to make a statement. Defendant denied knowledge of the females concealed in his vehicle or how they got into his vehicle. Defendant stated he lives in a gated community and parks his vehicle in a garage that can only be accessed with a remote. Defendant stated he is the only one with a key to the vehicle. Defendant stated he left his house at approximately 4:40 A.M. and drove straight to the border without making any stops. Defendant stated he was going to Santa Ana, California to play in a soccer game for forty-five minutes and had to return to Playas de Tijuana by 9:30 A.M. to pick up his son and take him to a soccer game.

During a video-recorded interview, MW1 admitted she is a citizen of Mexico without documents to lawfully enter or reside in the United States. MW1 stated she made the smuggling arrangements with unknown persons in Mexico and was going to pay $18,500.00 USD upon successful entry. MW1 stated that while concealed in the vehicle, the driver told them they were five minutes away from crossing the border and that he would instruct them when to jump into the back seat, after they had crossed into the United States. MW1 stated she was going to Santa Ana, California.

During a video-recorded interview, MW2 admitted she is a citizen of Mexico without documents to lawfully enter or reside in the United States. MW2 stated she made the smuggling arrangements with unknown persons in Mexico and was going to pay between $15,000.00 to $18,000.00 USD upon successful entry. MW2 stated that shortly before being discovered by officers, the driver told them they were only five minutes away from crossing the border. MW2 stated she was going to Santa Maria, California.